# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    SAMUEL R. KLINGER

          Debtor(s)

          JACK N. ZAHAROPOULOS
          CHAPTER 13 TRUSTEE
               Movant

          vs.

          SAMUEL R. KLINGER

          Respondent(s)

CHAPTER 13

CASE NO: 1-16-00352-HWV

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on May 12, 2021, Jack N. Zaharopoulos, Esquire, Standing Chapter 13 Trustee, through his attorney James K. Jones, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:  <u>May 12, 2021</u>                  Respectfully submitted,

                                <u>/s/   James K. Jones, Esquire</u>
                                  <u>ID:  39031</u>
                                  Attorney for Movant
                                  Jack N. Zaharopoulos
                                  Standing Chapter 13 Trustee
                                  8125 Adams Drive, Suite A
                                  Hummelstown, PA 17036
                                  Phone:  (717) 566-6097
                                  Fax:  (717) 566-8313
                                  eMail:  jjones@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    SAMUEL R. KLINGER

                           CHAPTER 13

          Debtor(s)

        JACK N. ZAHAROPOULOS
        CHAPTER 13 TRUSTEE              CASE NO: 1-16-00352-HWV
            Movant

**NOTICE**

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

           June 9, 2021 at 09:35 AM
           Bankruptcy Courtroom
           Ronald Reagan Federal Bldg
           3rd Floor, 228 Walnut Street
           Harrisburg, PA 17101

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.    You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.

**TOTAL PLAN BALANCE DUE: $ 314.00**
**TOTAL AMOUNT DUE BEFORE HEARING DATE: $314.00**

————

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

    If **submitting payment by U.S. First Class Mail** mail to**:**
        **JACK N. ZAHAROPOULOS, PO BOX 6008, MEMPHIS, TN 38101-6008**

    If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.    You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the Court, or

3.   You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097
eMail:  info@pamd13trustee.com

Dated:  May 12, 2021

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    SAMUEL R. KLINGER

                                             CHAPTER 13

          Debtor(s)

          JACK N. ZAHAROPOULOS              CASE NO: 1-16-00352-HWV
          CHAPTER 13 TRUSTEE
              Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 12, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties.

Served Electronically

PAUL MURPHY-AHLES ESQUIRE              UNITED STATES TRUSTEE
DETHLEFS, PYKOSH & MURPHY              SUITE 1190
2132 MARKET STREET                     228 WALNUT STREET
CAMP HILL, PA  17011-                  HARRISBURG, PA  17101

Served by First Class Mail

SAMUEL R. KLINGER
275 HOY ROAD
MILLERSBURG, PA  17061

I certify under penalty of perjury that the foregoing is true and correct.

Date:  May 12, 2021                     Bobbie Weigel
                                        for Jack N. Zaharopoulos, Trustee
                                        Suite A, 8125 Adams Dr.
                                        Hummelstown, PA  17036
                                        Phone:  (717) 566-6097
                                        eMail: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:     SAMUEL R. KLINGER

                                                     CHAPTER 13

              Debtor(s)

              JACK N. ZAHAROPOULOS
              CHAPTER 13 TRUSTEE
                       Movant                         CASE NO: 1-16-00352-HWV

              vs.

              SAMUEL R. KLINGER                        MOTION TO DISMISS


**ORDER DISMSSING CASE**

      Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.