# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    SAMUEL R. KLINGER                                  Case No.: 1-16-00352-HWV
                                                                   Chapter 13

    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | PNC BANK |
| Court Claim Number: | 03 |
| Last Four of Loan Number: | Hoy Road - PRE-ARREARS - 1433 |
| Property Address if applicable: | 275 HOY ROAD, , MILLERSBURG, PA17061 |

**PART 2: CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $13,754.57 |
| b. | Prepetition arrearages paid by the Trustee: | $13,754.57 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $13,274.00 |

**PART 3: POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: June 24, 2021                  Respectfully submitted,

                                           s/ Jack N. Zaharopoulos
                                           Standing Chapter 13 Trustee
                                           Suite A, 8125 Adams Drive
                                           Hummelstown, PA  17036
                                           Phone:  (717) 566-6097
                                           Fax:  (717) 566-8313
                                           eMail:  info@pamd13trustee.com

Creditor Name: PNC BANK  
Court Claim Number: 03

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 1169176 | 06/13/2017 | $113.84 | $0.00 | $113.84 |
| 5200 | 1170571 | 07/06/2017 | $276.06 | $0.00 | $276.06 |
| 5200 | 1172068 | 08/10/2017 | $761.52 | $0.00 | $761.52 |
| 5200 | 1173596 | 09/19/2017 | $610.35 | $0.00 | $610.35 |
| 5200 | 1176199 | 11/08/2017 | $598.40 | $0.00 | $598.40 |
| 5200 | 1177583 | 12/05/2017 | $149.60 | $0.00 | $149.60 |
| 5200 | 1180389 | 02/08/2018 | $299.20 | $0.00 | $299.20 |
| 5200 | 1186246 | 05/15/2018 | $1,162.21 | $0.00 | $1162.21 |
| 5200 | 1187520 | 06/07/2018 | $293.59 | $0.00 | $293.59 |
| 5200 | 1188928 | 07/12/2018 | $293.59 | $0.00 | $293.59 |
| 5200 | 1190291 | 08/09/2018 | $293.59 | $0.00 | $293.59 |
| 5200 | 1191600 | 09/06/2018 | $293.59 | $0.00 | $293.59 |
| 5200 | 1192951 | 10/10/2018 | $292.33 | $0.00 | $292.33 |
| 5200 | 1194297 | 11/08/2018 | $292.33 | $0.00 | $292.33 |
| 5200 | 1195702 | 12/13/2018 | $292.33 | $0.00 | $292.33 |
| 5200 | 1197072 | 01/10/2019 | $292.33 | $0.00 | $292.33 |
| 5200 | 1198183 | 02/07/2019 | $292.33 | $0.00 | $292.33 |
| 5200 | 1199461 | 03/12/2019 | $292.33 | $0.00 | $292.33 |
| 5200 | 1200838 | 04/11/2019 | $292.33 | $0.00 | $292.33 |
| 5200 | 1202162 | 05/09/2019 | $292.33 | $0.00 | $292.33 |
| 5200 | 1203471 | 06/06/2019 | $292.33 | $0.00 | $292.33 |
| 5200 | 1204874 | 07/11/2019 | $292.33 | $0.00 | $292.33 |
| 5200 | 1206223 | 08/07/2019 | $292.33 | $0.00 | $292.33 |
| 5200 | 1207712 | 09/26/2019 | $306.15 | $0.00 | $306.15 |
| 5200 | 1208817 | 10/10/2019 | $292.96 | $0.00 | $292.96 |
| 5200 | 1209975 | 11/07/2019 | $292.96 | $0.00 | $292.96 |
| 5200 | 1211342 | 12/12/2019 | $292.96 | $0.00 | $292.96 |
| 5200 | 1212709 | 01/16/2020 | $292.96 | $0.00 | $292.96 |
| 5200 | 1214057 | 02/13/2020 | $292.96 | $0.00 | $292.96 |
| 5200 | 1215368 | 03/12/2020 | $292.96 | $0.00 | $292.96 |
| 5200 | 1216648 | 04/14/2020 | $292.96 | $0.00 | $292.96 |
| 5200 | 1217660 | 05/06/2020 | $282.60 | $0.00 | $282.60 |
| 5200 | 1219662 | 07/07/2020 | $565.20 | $0.00 | $565.20 |
| 5200 | 1220704 | 08/12/2020 | $282.60 | $0.00 | $282.60 |
| 5200 | 1221765 | 09/17/2020 | $282.60 | $0.00 | $282.60 |
| 5200 | 1222757 | 10/15/2020 | $285.74 | $0.00 | $285.74 |
| 5200 | 1223567 | 11/03/2020 | $285.74 | $0.00 | $285.74 |
| 5200 | 1224533 | 12/10/2020 | $285.74 | $0.00 | $285.74 |
| 5200 | 1226318 | 01/19/2021 | $285.74 | $0.00 | $285.74 |
| 5200 | 2001744 | 06/16/2021 | $480.57 | $0.00 | $480.57 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

SAMUEL R. KLINGER           Case No.: 1-16-00352-HWV
                            Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 24, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

PAUL MURPHY-AHLES ESQUIRE          SERVED ELECTRONICALLY
DETHLEFS, PYKOSH & MURPHY
2132 MARKET STREET
CAMP HILL PA, 17011-


PNC MTG                            SERVED BY 1ST CLASS MAIL
3232 NEWMARK DR
ATTN: BANKRUPTCY
MIAMISBURG, OH, 45342


SAMUEL R. KLINGER                  SERVED BY 1ST CLASS MAIL
275 HOY ROAD
MILLERSBURG, PA 17061


I certify under penalty of perjury that the foregoing is true and correct.

Date: June 24, 2021                s/   Liz Joyce
                                   Jack N. Zaharopoulos
                                   Standing Chapter 13 Trustee
                                   Suite A, 8125 Adams Drive
                                   Hummelstown, PA 17036
                                   Phone: (717) 566-6097
                                   Fax: (717) 566-8313
                                   eMail: info@pamd13trustee.com